UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:00-cr-19 |
| vs. | ) | |
| | ) | JUDGE MATTICE |
| CHAD BYERS | ) | |

MEMORANDUM AND ORDER

CHAD BYERS ("Defendant") appeared for an initial appearance before the undersigned on January 13, 2016, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision ("Petition").

After being sworn in due form of law, the Defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

The Court determined that Defendant wished to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at government expense. Consequently, the Court APPOINTED Federal Defender Services of Eastern Tennessee, Inc. to represent Defendant. Defendant was furnished with a copy of the Petition and the Warrant for Arrest, and had an opportunity to review those documents with his attorney. The Court determined that Defendant was capable of being able to read and understand the documents.

The government moved that the Defendant be detained pending the revocation hearing.

Findings

(1) Based upon the charges alleged in the Petition, the undersigned finds there is probable cause to believe Defendant has committed violations of his conditions of supervised release as alleged or set forth in the Petition.

(2) The Defendant has not carried his burden under Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure, that if released on bail he will not flee or will not pose a danger to the community.

1

Conclusions

It is ORDERED:

(1) The motion of the government that the Defendant be DETAINED WITHOUT BAIL pending the revocation hearing before U.S. District Judge Harry S. Mattice, Jr. is GRANTED.

(2) The U.S. Marshal shall transport Defendant to a revocation hearing before Judge Mattice on **Monday, February 1, 2016, at 2:00 pm.**

ENTER.

s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

2

Case 4:00-cr-00019-HSM   Document 40   Filed 01/15/16   Page 2 of 2   PageID #: 14